AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **24-6083**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gotham Distributing Corporation d/b/a Oldies.com**
was recieved by me on  **12/05/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Ed Seaman**, who is designated by law to accept service of process on behalf of **Gotham Distributing Corporation d/b/a Oldies.com** at **203 Windsor Rd, Pottstown, PA 19464** on **12/06/2024 at 1:52 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   12/10/2024

_____
*Server's signature*

**David Kneller**
*Printed name and title*

**P.O. BOX 485
SCHAEFFERSTOWN, PA 17088**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibits; Complaint; Summons,  to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**





Tracking #: **0151252199**