**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH MULL, individually and on behalf
of all others similarly situated,

                  Plaintiff,

       v.

GOTHAM DISTRIBUTING
CORPORATION AND OLD SCHOOL
VENTURES, INC., individually and
collectively d/b/a OLDIES.COM

                Defendants.

NO. 2:24-cv-06083-GJP

JUDGE GERALD J. PAPPERT

## STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

WHEREAS, on November 13, 2024, Plaintiff Joseph Mull ("Plaintiff") filed his Complaint (Dkt. 1) against Defendants Gotham Distributing Corporation and Old School Ventures, Inc., d/b/a Oldies.com ("Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, Defendants' response to the Complaint was due on or before December 27, 2024 (Dkts. 5–6);

WHEREAS, the Parties have agreed to a 30-day extension of time to respond until January 27, 2025.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1.     Defendants shall each respond to Plaintiff's Complaint on or before January 27, 2025.

Dated: January 3, 2025

| | |
|---|---|
| */s/ Noelle B. Torrice* | */s/ William E. Hoese* |
| Noelle B. Torrice (No. 317928) | William E. Hoese |
| 1313 North Market Street, Suite 1201 | Elias A. Kohn |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KOHN, SWIFT & GRAF, P.C. |
| Wilmington, DE 19801 | 1600 Market Street, Suite 2500 |
| Telephone: (302) 442-7010 | Philadelphia, PA 19103 |
| Email: ntorrice@beneschlaw.com | Telephone: (215) 238-1700 |
| | Facsimile: (215) 238-1986 |
| *-and-* | whoese@kohnswift.com |
| | ekohn@kohnswift.com |
| Stephanie Sheridan | |
| (*pro hac vice forthcoming*) | *-and-* |
| Matthew P. Farrell | |
| (*pro hac vice forthcoming*) | Elliot O. Jackson |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | HEDIN LLP |
| 100 Pine Street, Suite 3100 | 1395 Brickell Ave., Suite 610 |
| San Francisco, CA 94111 | Miami, Florida 33131-3302 |
| Telephone: (628) 600-2251 | Telephone: (305) 357-2107 |
| Email: ssheridan@beneschlaw.com | Facsimile: (305) 200-8801 |
| mpfarrell@beneschlaw.com | ejackson@hedinllp.com |
| | |
| *Counsel to Defendant Old School Ventures, Inc.* | *Counsel to Plaintiff* |

*/s/ Michael Conley*

Michael Conley
OFFIT KURMAN PC
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1300
Facsimile: (267) 338-1335
Email: mconley@offitkurman.com

*Counsel to Defendant Gotham Distributing Corporation*

SO ORDERED, this __6th_____, day of January, 2025.

*/s/ Gerald J. Pappert*
The Honorable Gerald J. Pappert