### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL,<br><br>      *Plaintiff,*<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION, et al.,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 24-6083 |

### **ORDER**

**AND NOW**, this 28th day of January, 2025, upon consideration of the parties' Stipulation and Proposed Order Further Extending Defendants' Time to Respond to Complaint (ECF 9), it is hereby **ORDERED** that the request is **DENIED**.

The parties give no reason for the need for an extension.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.