# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>GOTHAM DISTRIBUTING CORPORATION AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:24-cv-06083-GJP |

**MOTION OF PLAINTIFF JOSEPH MULL FOR THE *PRO HAC VICE* ADMISSION OF ELLIOT O. JACKSON PURSUANT TO LOCAL RULE 83.5.2(b)**

　　　I, William E. Hoese, am a member of the bar of the United States District Court for the Eastern District of Pennsylvania, Attorney No. 41787, and was admitted on October 18, 1986. I am counsel of record for Plaintiff Joseph Mull ("Plaintiff"), and hereby move on behalf of Plaintiff for the admission of Elliot O. Jackson to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and to appear on behalf of Plaintiff in this matter.

　　　1.　　　Plaintiff has retained the law firm Hedin, LLP and has requested that Elliot O. Jackson, an attorney in that law firm, represent him in this action. Mr. Jackson is qualified to do so given his substantial experience representing clients in similar litigation.

　　　2.　　　The applicant is a member in good standing of the state and federal courts referenced in the attached affidavit in support of this motion.

{00253921 }

3. With this motion, the required admission fee has been paid through the Court's ECF system.

4. I contacted counsel for the Defendants about this motion. Counsel for the Defendants do not oppose this motion.

5. Therefore, Plaintiff is requesting that Elliot O. Jackson be admitted in light of his knowledge about this civil action.

Dated: January 30, 2025

Respectfully submitted,

KOHN, SWIFT & GRAF, P.C.

*/s/ William E. Hoese*
William E. Hoese (No. 41787)
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
whoese@kohnswift.com

*Attorney for Plaintiff Joseph Mull*

{00253921 }