# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM,<br><br>                Defendants. | Civil Action No. 2:24-cv-06083-GJP |

### DECLARATION OF ELLIOT O. JACKSON IN SUPPORT
### OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elliot O. Jackson, provide this Declaration in support of the Motion for Admission *Pro Hac Vice* and declare as follows:

1. I am an attorney licensed to practice by the State Bars of Florida and New York and an attorney at Hedin LLP. I am counsel for Plaintiff. I make this declaration on my own personal knowledge and could competently testify to the matters stated below.

2. I am a member in good standing of the State Bars of Florida (admitted February 17, 2022), and New York (admitted November 8, 2023). In addition to the State Bars of Florida and New York, I am a member in good standing of the following jurisdictions: United States District Court for the Middle District of Florida; United States District Court for the Southern District of Florida; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District

{00255435 }

Court for the Eastern District of Missouri; United States District Court for the Western District of Texas; and United States District Court for the Western District of Wisconsin.

3. I have never been suspended from the practice of law in any jurisdiction or received any reprimand by the highest disciplinary authority of any bar of which I am a member.

4. I have read Your Honor's Policies and Procedures and agree to adhere to them in all respects.

5. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of the matter for which *pro hac vice* admission is sought.

6. If granted *pro hac vice* status, I will in good faith continue to advise counsel who moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments in the case.

7. My co-counsel, William E. Hoese, reached out to Defendants' counsel to determine whether they would oppose my admission *pro hac vice,* and they indicated that they do not.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2025, in Miami, Florida.

By: _____
Elliot O. Jackson

{00255435 }