# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM,<br><br>Defendants. | Civil Action No. 2:24-cv-06083-GJP |

### PRO HAC VICE ORDER RE: ELLIOT O. JACKSON

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Elliot O. Jackson, ECF No. _____, to practice in this Court under Local Rule 83.5.2(b) is hereby GRANTED.

IT IS SO ORDERED.

_____
THE HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE

{00253920 }