**CERTIFICATE OF SERVICE**

    I, William E. Hoese, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where the documents are available for downloading and viewing.

                                                      */s/ William E. Hoese*
                                                    William E. Hoese

Dated:   January 30, 2025