IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM<br><br>Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

## RENEWED STIPULATION AND ORDER FURTHER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

WHEREAS, on November 13, 2024, Plaintiff Joseph Mull ("Plaintiff") filed his Complaint (Dkt. 1) against Defendants Gotham Distributing Corporation and Old School Ventures, Inc., d/b/a Oldies.com ("Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, Defendants' response to the Complaint was due on or before December 27, 2024 (Dkts. 5–6);

WHEREAS, on January 3, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until January 27, 2025.

WHEREAS, on January 24, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until February 26, 2025.

WHEREAS, on January 28, 2025, the Court denied the Parties' stipulation to extend Defendants' time to respond for failing to provide a reason for the need for an extension.

WHEREAS, on January 30, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until February 26, 2025 in order to provide Defendants additional time to adequately investigate the allegations in the Complaint, which was delayed in part by limited availability during the holiday season.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1. Defendants shall each respond to Plaintiff's Complaint on or before February 26, 2025.

Dated: January 30, 2025

*/s/ Noelle B. Torrice*
Noelle B. Torrice (No. 317928)
1313 North Market Street, Suite 1201
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: ntorrice@beneschlaw.com

-and-

Stephanie Sheridan
(*pro hac vice forthcoming*)
Matthew P. Farrell
(*pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2251
Email: ssheridan@beneschlaw.com
         mpfarrell@beneschlaw.com

*Counsel to Defendant Old School Ventures, Inc.*

*/s/ William E. Hoese*
William E. Hoese
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
Facsimile: (215) 238-1986
whoese@kohnswift.com
ekohn@kohnswift.com

-and-

Elliot O. Jackson
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

*Counsel to Plaintiff*

*/s/ Michael Conley*
Michael Conley
OFFIT KURMAN PC
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1300
Facsimile: (267) 338-1335
Email: mconley@offitkurman.com

*Counsel to Defendant Gotham Distributing Corporation*

                                SO ORDERED, this __31st_____, day of __Jan.____, 2025.

                                 */s/ Gerald J. Pappert*
                                The Honorable Gerald J. Pappert