IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM<br><br>Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEFENDANT OLD SCHOOL VENTURES' TIME TO RESPOND TO COMPLAINT**

WHEREAS, on November 13, 2024, Plaintiff Joseph Mull ("Plaintiff") filed his Complaint (Dkt. 1) against Defendants Gotham Distributing Corporation ("Gotham") and Old School Ventures, Inc., d/b/a Oldies.com ("Old School Ventures"; and, together with Plaintiff and Gotham, the "Parties");

WHEREAS, Defendants' response to the Complaint was due on or before December 27, 2024 (Dkts. 5–6);

WHEREAS, on January 3, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until January 27, 2025.

WHEREAS, on January 24, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until February 26, 2025.

WHEREAS, on January 28, 2025, the Court denied the Parties' stipulation to extend Defendants' time to respond for failing to provide a reason for the need for an extension.

WHEREAS, on January 30, 2025, the Parties stipulated and agreed to a 30-day extension of time to respond until February 26, 2025 in order to provide Defendants additional time to adequately investigate the allegations in the Complaint, which was delayed in part by limited availability during the holiday season.

WHEREAS, on February 28, 2025, Plaintiff and Old School Ventures stipulated and agreed to a 14-day extension of time to respond until March 12, 2025 in order to provide Plaintiff and Old School Ventures additional time to continue to exchange information informally in order to explore a potential resolution.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Old School Ventures, subject to the Court's approval, that:

1. Old School Ventures shall respond to Plaintiff's Complaint on or before March 12, 2025.

Dated: March 3, 2025

| | |
|---|---|
| */s/ Noelle B. Torrice* | */s/ William E. Hoese* |
| Noelle B. Torrice (No. 317928) | William E. Hoese |
| 1313 North Market Street, Suite 1201 | Elias A. Kohn |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KOHN, SWIFT & GRAF, P.C. |
| | 1600 Market Street, Suite 2500 |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |
| Telephone: (302) 442-7010 | Telephone: (215) 238-1700 |
| Email: ntorrice@beneschlaw.com | Facsimile: (215) 238-1986 |
| | whoese@kohnswift.com |
| -and- | ekohn@kohnswift.com |
| | |
| Stephanie Sheridan | -and- |
| (*pro hac vice forthcoming*) | |
| Matthew P. Farrell | Elliot O. Jackson |
| (*pro hac vice forthcoming*) | HEDIN LLP |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | 1395 Brickell Ave., Suite 610 |
| | Miami, Florida 33131-3302 |
| 100 Pine Street, Suite 3100 | Telephone: (305) 357-2107 |
| San Francisco, CA 94111 | Facsimile: (305) 200-8801 |

Telephone: (628) 600-2251  
Email: ssheridan@beneschlaw.com  
mpfarrell@beneschlaw.com

*Counsel to Defendant Old School Ventures, Inc.*

ejackson@hedinllp.com

*Counsel to Plaintiff*

SO ORDERED, this _____, day of _____, 2025.

_____
The Honorable Gerald J. Pappert