# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL,<br><br>    *Plaintiff,*<br><br>  v.<br><br>GOTHAM DISTRIBUTING CORPORATION, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 24-6083 |

## ORDER

**AND NOW**, this 4th day of March, 2025, upon consideration of the parties' Stipulation and Proposed Order Further Extending Defendants' Time to Respond to Complaint (ECF 15), it is hereby **ORDERED** that the request is **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] See Section II.B. of the Court's Policies and Procedures. Settlement negotiations do not constitute a compelling reason for an extension.
(http://www.paed.uscourts.gov/documents/procedures/pappol.pdf)