## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I served the foregoing Plaintiff's Motion for Leave to file an Amended Complaint on all counsel of record via the Court's ECF Filing System.

Dated: March 20, 2025

/s/ *William E. Hoese*
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

*Attorneys for Plaintiff*

{00256718 }