## CERTIFICATE OF SERVICE

     I, William E. Hoese, hereby certify that on this date, a true and correct copy of the foregoing First Amended Class Action Complaint was served electronically via the Court's ECF system, where the documents are available for downloading and viewing.

                                                */s/ William E. Hoese*
                                                William E. Hoese

Dated:   May 5, 2025