**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH MULL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOTHAM DISTRIBUTING CORPORATION, MVD Entertainment Group, and OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM

Defendants.

NO. 2:24-cv-06083-GJP

JUDGE GERALD J. PAPPERT

**DEFENDANT OLD SCHOOL VENTURES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), Defendant Old School Ventures, Inc. ("Defendant" or "Old School") moves this Court to dismiss Plaintiff Joseph Mull's ("Plaintiff") First Amended Class Action Complaint ("FAC") on the grounds that, even assuming all factual allegations were true, Plaintiff fails to state a claim upon which relief may be granted.

Specifically, Plaintiff's single-count complaint under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA") fails because: (1) Plaintiff does not plausibly allege that Old School knowingly disclosed his (or anyone else's) personally identifiable information ("PII") to Meta via the Meta Pixel; and (2) Plaintiff does not adequately allege that Old School knowingly disclosed PII via the alleged advertising of a mailing list.

For these reasons, as well as those in the attached Memorandum of Law—which is wholly incorporated herein by reference—Old School respectfully requests that this Court dismiss Plaintiff's FAC in its entirety with prejudice.

Dated: May 19, 2025

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

*/s/ Noelle B. Torrice*

Noelle B. Torrice (No. 317928)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: ntorrice@beneschlaw.com

Stephanie Sheridan
(*pro hac vice forthcoming*)
Matthew P. Farrell
(*pro hac vice forthcoming*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2251
Email: ssheridan@beneschlaw.com
mpfarrell@beneschlaw.com

*Counsel for Defendant Old School Ventures, Inc.*