**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH MULL** | : | **CIVIL ACTION NO.: 24-6083** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **GOTHAM DISTRIBUTING CORP., et al** | : | |
| **Defendants.** | : | |

**DEFENDANT GOTHAM DISTRIBUTING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), Defendant Gotham Distributing Corporation moves this Court to dismiss Plaintiff Joseph Mull's ("Plaintiff") First Amended Complaint. Gotham incorporates herein its Memorandum of Law in Support of this motion as well as the Motion to Dismiss and supporting Memorandum of Law filed by Defendant Old School Ventures, Inc. (ECF No. 21). For the reasons set forth therein, Gotham respectfully requests that this Court dismiss Plaintiff's First Amended Complaint with prejudice.

Dated: May 22, 2025

**OFFIT KURMAN**

*/s/ Michael Conley*
Michael Conley (No. 54142)
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1317
Emailmconley@offitkurman.com

*Counsel for Defendant Gotham Distributing Corp*