IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>   v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, and OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM,<br><br>                      Defendants. | Case No. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

## STIPULATION AND ORDER CONSOLIDATING AND EXTENDING BRIEFING SCHEDULE ON DEFENDANT OLD SCHOOL VENTURES, INC.'S MOTION TO DISMISS

WHEREAS, on November 13, 2024, Plaintiff Joseph Mull ("Plaintiff") commenced this putative class action;

WHEREAS, on March 20, 2025, Plaintiff moved for leave to file an amended complaint. (ECF No. 17);

WHEREAS, on May 2, 2025, the Court granted Plaintiff leave to file an amended complaint by May 8, 2025. (ECF No. 18);

WHEREAS, on May 5, 2025, Plaintiff filed a First Amended Complaint. (ECF No. 19);

WHEREAS, Defendant MVD Entertainment Group ("MVD") was served on May 7, 2025;

WHEREAS, on May 19, 2025, Defendant Old School Ventures, Inc. ("OSV") filed a motion to dismiss the First Amended Complaint. (ECF No. 21);

WHEREAS, Plaintiff's response to Defendant OSV's motion is due on June 2, 2025;

WHEREAS, on May 22, 2025, Defendant Gotham Distributing Corporation ("Gotham") filed a motion to dismiss the First Amended Complaint that incorporated all arguments made by Defendant OSV. (ECF No. 22);

WHEREAS, Plaintiff's response to Defendant Gotham's motion is due on June 5, 2025;

WHEREAS, Defendant MVD's answer or motion to dismiss was due on May 28, 2025;

WHEREAS, Plaintiff has been advised that Defendant MVD has not yet formally retained counsel. Accordingly, Plaintiff consents to a two-week extension of time for Defendant MVD to appear through counsel and respond to the complaint on or before June 11, 2025;

WHEREAS, Plaintiff and Defendant OSV have agreed to a 30-day extension of time for Plaintiff to file an omnibus response to all motions to dismiss, and a 7-day extension for Defendant OSV to file its reply. Good cause exists for this extension because it conserves judicial resources by streamlining the responses and reduces the burden on the parties.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1.    Plaintiff shall respond to Defendant OSV's motion to dismiss on or before July 9, 2025.

2.    Defendant OSV shall file its reply in support of its motion to dismiss on or before July 23, 2025.

Dated: May 29, 2025                                          Respectfully submitted,

| | |
|---|---|
| */s/ Noelle B. Torrice (w/ permission )* | */s/ Elliot O. Jackson* |
| Noelle B. Torrice (No. 317928) | Elliot O. Jackson (*pro hac vice*) |
| 1313 North Market Street, Suite 1201 | HEDIN LLP |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | 1395 Brickell Ave., Suite 610 |
| Wilmington, DE 19801 | Miami, Florida 33131-3302 |
| Telephone: (302) 442-7010 | Telephone: (305) 357-2107 |
| Email: ntorrice@beneschlaw.com | Facsimile: (305) 200-8801 |
| | ejackson@hedinllp.com |
| *-and-* | *-and-* |
| Stephanie Sheridan | William E. Hoese |
| (*pro hac vice forthcoming*) | Elias A. Kohn |
| Matthew P. Farrell | KOHN, SWIFT & GRAF, P.C. |
| (*pro hac vice forthcoming*) | 1600 Market Street, Suite 2500 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Philadelphia, PA 19103 |
| 100 Pine Street, Suite 3100 | Telephone: (215) 238-1700 |
| San Francisco, CA 94111 | Facsimile: (215) 238-1986 |
| Telephone: (628) 600-2251 | whoese@kohnswift.com |
| Email: ssheridan@beneschlaw.com | ekohn@kohnswift.com |
| mpfarrell@beneschlaw.com | |
| | *Counsel to Plaintiff* |
| *Counsel to Defendant Old School Ventures, Inc.* | |

SO ORDERED, this __30th_____, day of May 2025.

 */s/ Gerald J. Pappert*
The Honorable Gerald J. Pappert
United States District Judge