**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, and OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM,<br><br>      Defendants. | Case No. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

### STIPULATION AND ORDER CONSOLIDATING AND EXTENDING BRIEFING SCHEDULE ON DEFENDANT GOTHAM DISTRIBUTING CORPORATION'S MOTION TO DISMISS

WHEREAS, on November 13, 2024, Plaintiff Joseph Mull ("Plaintiff") commenced this putative class action;

WHEREAS, on March 20, 2025, Plaintiff moved for leave to file an amended complaint. (ECF No. 17);

WHEREAS, on May 2, 2025, the Court granted Plaintiff leave to file an amended complaint by May 8, 2025. (ECF No. 18);

WHEREAS, on May 5, 2025, Plaintiff filed a First Amended Complaint. (ECF No. 19);

WHEREAS, Defendant MVD Entertainment Group ("MVD") was served on May 7, 2025;

WHEREAS, on May 19, 2025, Defendant Old School Ventures, Inc. ("OSV") filed a motion to dismiss the First Amended Complaint. (ECF No. 21);

WHEREAS, Plaintiff's response to Defendant OSV's motion is due on June 2, 2025;

WHEREAS, on May 22, 2025, Defendant Gotham Distributing Corporation ("Gotham") filed a motion to dismiss the First Amended Complaint that incorporated all arguments made by Defendant OSV. (ECF No. 22);

WHEREAS, Plaintiff's response to Defendant Gotham's motion is due on June 5, 2025;

WHEREAS, Defendant MVD's answer or motion to dismiss was due on May 28, 2025;

WHEREAS, Plaintiff's response to any motion filed by Defendant MVD would be due on June 11, 2025;

WHEREAS, Plaintiff and Defendant Gotham have agreed to a 35-day extension of time for Plaintiff to file an omnibus response to all motions to dismiss, and a 7-day extension for Defendant Gotham to file its reply.  Good cause exists for this extension because it conserves judicial resources by streamlining the responses and reduces the burden on the parties.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1.   Plaintiff shall respond to Defendant Gotham's motion to dismiss on or before July 9, 2025.

2.   Defendant Gotham shall file its reply in support of its motion to dismiss on or before July 23, 2025.

Dated: May 29, 2025                        Respectfully submitted,

/s/ Michael Conley (w/ permission)       /s/ Elliot O. Jackson
Michael Conley                            Elliot O. Jackson (*pro hac vice*)
OFFIT KURMAN PC                   HEDIN LLP
Ten Penn Center                            1395 Brickell Ave., Suite 610
1801 Market Street, Suite 2300         Miami, Florida 33131-3302
Philadelphia, PA 19103                 Telephone: (305) 357-2107
Telephone: (267) 338-1300             Facsimile: (305) 200-8801
Facsimile: (267) 338-1335              ejackson@hedinllp.com
Email: mconley@offitkurman.com

                                           -and-

*Counsel to Defendant*
*Gotham Distributing Corporation*     William E. Hoese
                                           Elias A. Kohn
                                           KOHN, SWIFT & GRAF, P.C.
                                           1600 Market Street, Suite 2500
                                           Philadelphia, PA 19103
                                           Telephone: (215) 238-1700
                                           Facsimile: (215) 238-1986
                                           whoese@kohnswift.com
                                           ekohn@kohnswift.com

                                           *Counsel to Plaintiff*

               SO ORDERED, this   30th   , day of May 2025.

                */s/ Gerald J. Pappert*
              The Honorable Gerald J. Pappert
              United States District Judge