IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, AND OLD SCHOOL VENTURES, INC., INDIVIDUALLY AND COLLECTIVELY D/B/A OLDIES.COM<br><br>Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

### [PROPOSED] ORDER

THIS MATTER being presented to the Court upon Defendant MVD Entertainment Group's Motion to Dismiss Plaintiff's Complaint, and having been fully briefed with the Court having considered the matter and for good cause shown,

IT IS on this _____ day of _____, 2025,

ORDERED that the within Motion to Dismiss Plaintiff's Complaint be and is hereby granted in its entirety in favor of Defendant MVD Entertainment Group, thereby dismissing any and all claims against them with prejudice.

_____
HON. GERALD J. PAPPERT
UNITED STATES DISTRICT COURT JUDGE