IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, AND OLD SCHOOL VENTURES, INC., INDIVIDUALLY AND COLLECTIVELY D/B/A OLDIES.COM<br><br>Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

**DECLARATION OF DAVID M. KRUEGER PURSUANT TO
LOCAL RULE 83.5.2 (b)**

I, David M. Krueger, provide this Declaration in support of the Motion for Admission *Pro Hac Vice* and declare as follows:

1. I am a Partner at Benesch, Friedlander, Coplan & Aronoff LLP, with a business address at 127 Public Square, Suite 4900, Cleveland, Ohio 44114.

2. I am admitted to practice law in the following jurisdictions:

| Court | Date Admitted |
|---|---|
| Ohio Supreme Court (#0085072) | 11/9/2009 |
| U.S. District Court, Northern District of Ohio | 12/29/2009 |
| U.S. District Court, Southern District of Ohio | 8/30/2012 |
| U.S. District Court, District of Colorado | 7/2/2013 |
| U.S. District Court, Eastern District of Wisconsin | 5/19/2016 |
| U.S. District Court, Southern District of Indiana | 3/10/2017 |
| U.S. District Court, Southern District of Illinois | 3/19/2017 |
| U.S. District Court, Western District of Texas | 4/10/2017 |
| U.S. District Court, Northern District of Illinois (6338180) | 3/14/2019 |
| U.S. District Court, Western District of Michigan | 7/29/2019 |
| U.S. District Court, Eastern District of Michigan | 8/22/2019 |
| U.S. District Court, Eastern District of Missouri (85072OH) | 11/14/2023 |
| U.S. District Court, Eastern District of Arkansas | 11/29/2018 |
| Sixth Circuit Court of Appeals | 7/30/2010 |

| | |
|---|---|
| Fourth Circuit Court of Appeals | 10/29/2015 |
| Seventh Circuit Court of Appeals | 5/11/2018 |
| Eleventh Circuit Court of Appeals | 9/19/2018 |

3. I state that I am at present a member of the aforesaid bars in good standing, and that I will conduct myself as an attorney of this Court uprightly and according to law, and that I will support and defend that Constitution of the United States.

4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5. I have read Your Honor's Policies and Procedures and agree to adhere to them in all respects.

6. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

7. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for *pro hac vice* of the current status of the case and of all material developments therein.

8. Plaintiff's counsel was consulted to determine whether they would oppose my admission *pro hac vice*, and they indicated that they do not.

9. Gotham Distributing Corporation's counsel was consulted to determine whether they would oppose my admission *pro hac vice*, and they indicated that they do not.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2025

BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP

*/s/ David M. Krueger*
David M. Krueger
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Email: dkrueger@beneschlaw.com

*Counsel for Defendant Old School Ventures, Inc. and Defendant MVD Entertainment Group*