## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, AND OLD SCHOOL VENTURES, INC., INDIVIDUALLY AND COLLECTIVELY D/B/A OLDIES.COM<br><br>　　　　　Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

## **ORDER**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the application for the admission *pro hac vice* of David M. Krueger to practice in the United States District Court for the Eastern District of Pennsylvania in the above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____　　GRANTED

_____　　DENIED

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE GERALD J. PAPPERT