IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, AND OLD SCHOOL VENTURES, INC., individually and collectively d/b/a OLDIES.COM<br><br>Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE SHERIDAN PURSUANT TO LOCAL RULE 83.5.2(b)

I, Noelle B. Torrice, am a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, Attorney No. 317928. I am counsel of record for Defendants OLD SCHOOL VENTURES, INC. and MVD Entertainment Group respectively (collectively "Defendants"), and hereby move on behalf of Defendants for the admission of Stephanie Sheridan to practice in said court pursuant to Local Rule of Civil Procedure 83.5(b), and to appear on behalf of Defendants in this matter.

1. Defendants have retained the law firm of BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP and have each requested that Stephanie Sheridan, an attorney in that law firm, represent them in this action. Ms. Sheridan is qualified to do so given her substantial experience representing clients in similar litigation.

2. The applicant is a member in good standing of the state and federal courts referenced in the attached affidavit in support of this motion.

3. With this motion, the required admission fee has been paid through the Court's ECF system.

4. Counsel for Plaintiff has been consulted regarding this motion and is not opposed.

5. Counsel for Defendant Gotham Distributing Corporation has been consulted regarding this motion and is not opposed.

6. Therefore, Defendants are requesting that Stephanie Sheridan be admitted in light of her knowledge about this civil action.

Dated: August 11, 2025

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 /s/ Noelle B. Torrice
Noelle B. Torrice (No. 317928)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: ntorrice@beneschlaw.com

Stephanie Sheridan
(*pro hac vice pending*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2251
Email: ssheridan@beneschlaw.com

*Counsel for Defendant Old School Ventures, Inc. and Defendant MVD Entertainment Group*