IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOTHAM DISTRIBUTING CORPORATION, MVD ENTERTAINMENT GROUP, AND OLD SCHOOL VENTURES, INC., INDIVIDUALLY AND COLLECTIVELY D/B/A OLDIES.COM<br><br>　　　　　Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

## DECLARATION OF STEPHANIE SHERIDAN PURSUANT TO LOCAL RULE 83.5.2 (b)

　　I, Stephanie Sheridan, provide this Declaration in support of the Motion for Admission *Pro Hac Vice* and declare as follows:

　1. I am a Partner at Benesch, Friedlander, Coplan & Aronoff LLP, with a business address at 100 Pine Street, Suite 3100, San Francisco, CA 94111.

　2. I am admitted to practice law in the following jurisdictions:

　　State Bar Admissions

　　California, 1988, Bar No. 135910

　　Federal Bar Admissions

　　U.S. District Court for the Northern District of California, 1989

　　U.S. District Court for the Central District of California, 1993

　　U.S. District Court for the Eastern District of California, 1989

      U.S. District Court for the Southern District of California, 2009

      U.S. Court of Appeals, Ninth Circuit, 1988

3. I state that I am at present a member of the aforesaid bars in good standing, and that I will conduct myself as an attorney of this Court uprightly and according to law, and that I will support and defend that Constitution of the United States.

4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5. I have read Your Honor's Policies and Procedures and agree to adhere to them in all respects.

6. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

7. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for *pro hac vice* of the current status of the case and of all material developments therein.

8. Plaintiff's counsel was consulted to determine whether they would oppose my admission *pro hac vice*, and they indicated that they do not.

9. Gotham Distributing Corporation's counsel was consulted to determine whether they would oppose my admission *pro hac vice*, and they indicated that they do not.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2025

BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP

Stephanie Sheridan
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2251
Email: ssheridan@beneschlaw.com

*Counsel for Defendant Old School Ventures, Inc. and Defendant MVD Entertainment Group*