IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>GOTHAM DISTRIBUTING CORPORATION, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 24-6083 |

## ORDER

**AND NOW**, this 12th day of August, 2025, upon consideration of Defendants MVD Entertainment Group and Old School Ventures, Inc.'s Motions for Pro Hac Vice (ECF Nos. 32 and 33), it is hereby **ORDERED** that the Applications of David M. Krueger and Stephanie Sheridan are **GRANTED**.[1]

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf