# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL,<br><br>        *Plaintiff,*<br><br>v.<br><br>GOTHAM DISTRIBUTING CORP., et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 24-6083 |

## ORDER

**AND NOW**, this 22nd day of September, 2025, upon consideration of Plaintiff's Amended Complaint (Dkt. No. 19), the Motions to Dismiss by Old School Ventures, Inc., Gotham Distributing Corporation and MVD Entertainment Group, (Dkt. Nos. 21, 22, 27), Plaintiff's Response in Opposition (Dkt. No. 29) and Old School Ventures, Inc.'s and MVD Entertainment Group's Replies (Dkt. Nos. 30, 31) it is **ORDERED** that the Motions to Dismiss are **GRANTED in part and DENIED in part**. Plaintiff may file a Second Amended Complaint, consistent with the accompanying Memorandum, on or before Tuesday, October 14, 2025.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.