# EXHIBIT B



# OLDIES.com Mailing List

Mail order buyers of compact discs, cassette tapes, vinyl records, video cassettes, DVDs and books.

Get Count | Get Pricing | Get More Information

| SEGMENTS | | COUNTS THROUGH 02/20/2024 |
|---|---|---|
| 212,000 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 15,000 | 3 MONTH BUYERS | + $21.00/M |
| 32,000 | 6 MONTH BUYERS | + $16.00/M |
| 91,000 | 12 MONTH BUYERS | + $10.00/M |
| 180,000 | 24 MONTH BUYERS | $105.00/M |
| 42,200 | 12 MONTH MUSIC BUYERS | + $21.00/M |
| 30,000 | 12 MONTH MOVIE BUYERS | + $21.00/M |
| 10,000 | 12 MONTH VINYL BUYERS | + $21.00/M |
| | NON-PROFIT/PUBLISHING | $75.00/M |

**DESCRIPTION**

OLDIES.com, a hybrid retailer with over 40 years of expertise, has established itself as the premier destination for music and movie enthusiasts seeking the nostalgic and the rare. Blending the convenience of online retail with direct-to-consumer catalog distribution, they specialize in offering a wide array of physical media including Audio CDs, Vinyl Records, DVDs, Blu-rays, and 4K UHD.

What sets their list apart is their audience: discerning collectors and aficionados, primarily males aged 55 and above, who not only cherish music and movies, but also demonstrate a strong purchasing power with an average spend of $65 per order. By renting the Oldies.com mailing list, your mailers' message will reach the hands of these enthusiasts.

Their customers are loyal, engaged, and passionate about their collections, making them an ideal audience for brands that value heritage, quality, and exclusivity. Whether your mailers' offer aligns with nostalgia, luxury, or a specific lifestyle, this list offers a unique channel to reach a targeted, receptive audience.

List Owner requires reciprocity. List Owner does not permit bind-ins/blow-ins without advance agreement and compensation. List Owner will not approve Last Chance or other promotional response.

Processed orders cancelled before the original mail date incur a $100 flat fee plus $15/M run charges, full selection fees, material and shipping

| POPULARITY: | ▬▬▬▬▬ 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 80% MALE |
| SPENDING: | $65.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| $100+ BUYERS | $41.00/M |
| $50+ BUYERS | $21.00/M |
| $75+ BUYERS | $31.00/M |
| 12 MONTH RECENCY | $10.00/M |
| 3 MONTH RECENCY | $21.00/M |
| 6 MONTH RECENCY | $16.00/M |
| BOOK BUYERS | $11.00/M |
| GIFT AND COLLECTIBLE BUYERS | $11.00/M |
| MOVIE BUYERS | $11.00/M |
| MUSIC BUYERS | $11.00/M |
| STATE | $11.00/M |
| VINYL BUYERS | $11.00/M |
| ZIP | $11.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | NOT AVAILABLE |
| E-MAIL | $75.00/F |
| FTP | $75.00/F |
| RUSH FEE | $100.00/F |

**RELATED LISTS**

- THE SATURDAY EVENING POST
- AMERICAN DIABETES ASSOCIATION DONORS
- MEDALS OF AMERICA
- CONSUMER REPORTS AGE 50+ SUBSCRIBERS
- GARRETT WADE CATALOG
- BIOTECH RESEARCH PRODUCTS EMAIL/POSTAL/PHONE
- UPPER ROOM LARGE PRINT MAGAZINE
- SWEEPSTAKES CLEARINGHOUSE MERCHANDISE BUYERS
- ACLU- AMERICAN CIVIL LIBERTIES UNION(C4)
- AMERICAN LUNG ASSOCIATION DONOR MASTERFILE

costs. Orders cancelled after the original mail date are due in full at gross.

EMG acts only as Agent on behalf of the List Owner and does not guarantee the data nor the results of any mailing.

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #57555 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($8.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE
- CANCELLATION FEE AT $100.00/F

[ Get Count ]  [ Get Pricing ]  [ Get More Information ]