# EXHIBIT D

Entity #: 2973121
Date Filed: 11/23/2010
Basil L Merenda
Secretary of the Commonwealth

# PENNSYLVANIA DEPARTMENT OF STATE
# CORPORATION BUREAU

## Fictitious Name
## Amendment, Withdrawal, Cancellation
(54 Pa.C.S.)

☑ Amendment (§ 312)
☐ Withdrawal (§ 313)
☐ Cancellation (§ 313)

**Name**
Theodore Marasciulo, Esquire

**Address**
Offit Kurman, 1801 Market Street, Suite 2300

**City   State   Zip Code**
Philadelphia, PA   19103

Document will be returned to the name and address you enter to the left. ⇐

Commonwealth of Pennsylvania
FICTITIOUS NAME AMENDMENT 3 Page(s)

Fee: $70

T1032764159

In compliance with the requirements of 54 Pa.C.S. Ch.3 (relating to fictitious names), the undersigned entity or entities, desiring to amend, withdraw or cancel from a fictitious name registration, hereby state(s) that:

1. The fictitious name is:
   Nina's Discount Oldies

2. The address of the principal place of business, including number and street, if any, is (the Department is authorized to conform to the records of the Department):

| 2320 Haverford Road | Ardmore | PA | 19003 | Montgomery |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3. The last preceding filing with respect to this fictitious name was made in the Department on
   11/15/00 (Date) at 2000085 (Roll and Film).  1553-1554

4. A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:

   Sale of music CDs

2010 NOV 23  AM 10: 49

PA DEPT OF STATE

DSCB:54-312/313–2

5. *Check one or more of the following, as appropriate:*

☐ The fictitious name has been changed to:

_____

☑ The principal place of business set forth in paragraph 2 has been changed to (PO Box alone not acceptable):

| 60 Portland Road | West Conshohocken | PA | 19428 | Montgomery |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

☑ The following party(ies) has (have) been added to the registration and their signature(s) appear(s) at the end of this application.

| Name | Number and street | City | State | Zip |
|---|---|---|---|---|
| Gotham Distributing Corporation | 60 Portland Road | West Conshohocken, PA | | 19428 |

☑ The following party(ies) has (have) withdrawn from the business and their signature(s) appear(s) at the end of this application.

| Name | Number and street | City | State | Zip |
|---|---|---|---|---|
| Gerald Greene | 5 St. Davids Road | Radnor | PA | 19087 |
| Nina Greene | 5 St. Davids Road | Radnor | PA | 19087 |

☐ The fictitious name registration is cancelled.

6. *Check boxes for Application for Amendment Only:*

☑ This amendment, without reference to any other filing sets forth all information with respect to the fictitious name which would be required in an original filing under the Fictitious Names Act.

☑ The applicant is familiar with the provisions of 54 Pa.C.S. § 332 (relating to effect of registration) and understands that filing under the Fictitious Names Act does not create any exclusive or other right in the fictitious name.

7. *Optional-See Instruction F:* This application has been executed by an agent heretofore designated for that purpose in a prior filing in this registration.

DSCB:54-312/313-3

IN TESTIMONY WHEREOF, the undersigned has (have) caused this Application for Amendment, Withdrawal or Cancellation of/from Fictitious Name to be executed this

_____ day of November, 2010.

| Adding party(ies) signature(s) | Withdrawing party(ies) signature(s) | All current party(ies) signature(s) |
|---|---|---|
| | x _[signature]_ | |
| | x _Nina [signature]_ | |
| | | |

| Gotham Distributing Corporation | | Gotham Distributing Company |
|---|---|---|
| Name of Entity | Name of Entity | Name of Entity |
| x _Nina [signature]_ | | x _Nina [signature]_ |
| Signature | Signature | Signature |
| President | | President |
| Title | Title | Title |