# EXHIBIT E

1 Start  2 Results  3 Data Card  4 Request  5 Finished

# OLDIES.com (formerly Nina's Discount Oldies) Mailing List

Mail order buyers of compact discs, cassette tapes, vinyl records, video cassettes, DVDs and books.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 05/06/2019 |
|---|---|---|
| 281,428 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 40,787 | 3 MONTH BUYERS | + $21.00/M |
| 98,418 | 6 MONTH BUYERS | + $16.00/M |
| 154,920 | 12 MONTH BUYERS | + $10.00/M |
| 281,428 | 24 MONTH BUYERS | $105.00/M |
| 59,079 | 12 MONTH MUSIC BUYERS | + $21.00/M |
| 71,067 | 12 MONTH MOVIE BUYERS | + $21.00/M |
| 4,707 | 12 MONTH BOOK BUYERS | + $21.00/M |
| 36,811 | 12 MONTH GIFTS AND COLLECTIBLE BUYERS | + $21.00/M |
| 17,203 | 12 MONTH VINYL BUYERS | + $21.00/M |
|  | NON-PROFIT/PUBLISHING | $75.00/M |

| POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 80% MALE |
| SPENDING: | $65.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| $100+ BUYERS | $41.00/M |
| $50+ BUYERS | $21.00/M |
| $75+ BUYERS | $31.00/M |
| 12 MONTH RECENCY | $10.00/M |
| 3 MONTH RECENCY | $21.00/M |
| 6 MONTH RECENCY | $16.00/M |
| BOOK BUYERS | $11.00/M |
| GIFT AND COLLECTIBLE BUYERS | $11.00/M |
| MOVIE BUYERS | $11.00/M |
| MUSIC BUYERS | $11.00/M |
| STATE | $11.00/M |
| VINYL BUYERS | $11.00/M |
| ZIP | $11.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | NOT AVAILABLE |
| DISKETTE | $60.00/F |
| E-MAIL | $60.00/F |
| FTP | $60.00/F |
| RUN CHARGE | $8.00/M |
| RUSH FEE | $100.00/F |

**DESCRIPTION**

Founded in 1980 as Nina's Discount Oldies, OLDIES.com is a music and mail-order catalog company and website that focuses specifically on "oldies" music and classic movies. Their weekly 100-page catalog contains thousands of rare and hard-to-find CDs, vinyl records, DVDs, gifts and collectibles and books at unbelievably low prices.
.

OLDIES.com is also the factory-direct source for Collectables Records, the largest "oldies" reissue record label in the United States and Alpha Video, the largest manufacturer and marketer of budget-priced classic movies on DVD.

These mail-order buyers are loyal collectors and enthusiasts with an average age of 55+, predominantly married with families, who purchase home, travel, entertainment and lifestyle merchandise.

List Owner requires reciprocity. List Owner does not permit bind-ins/blow-ins without advance agreement and compensation. List Owner

**RELATED LISTS**

BETTY'S ATTIC
THINGS YOU NEVER KNEW EXISTED
THE LIGHTER SIDE
MILES KIMBALL MASTERFILE
THE SATURDAY EVENING POST
MEDALS OF AMERICA
VERMONT COUNTRY STORE MASTERFILE
AMERICAN DIABETES ASSOCIATION

will not approve Last Chance or other promotional response.

DONORS
ORVIS ENHANCED MASTERFILE
MOVIE & MUSIC GREATS (FORMERLY COUNTRY MUSIC GREATS)

Processed orders cancelled before the original mail date incur a $100 flat fee plus $15/M run charges, full selection fees, material and shipping costs. Orders cancelled after the original mail date are due in full at gross.

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #57555 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($8.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE
- CANCELLATION FEE AT $100.00/F

[Get Count]   [Get Pricing]   [Get More Information]