IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL : <br> : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GOTHAM DISTRIBUTING CORP., et al : <br> : <br> Defendants. : | CIVIL ACTION NO.:  24-6083 |

**DEFENDANT GOTHAM DISTRIBUTING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), Defendant Gotham Distributing Corporation moves this Court to dismiss Plaintiff Joseph Mull's ("Plaintiff") Second Amended Complaint.  Gotham incorporates herein its Memorandum of Law in Support of this motion.  For the reasons set forth therein, Gotham respectfully requests that this Court dismiss Plaintiff's Second Amended Complaint with prejudice or, in the alternative, dismiss the portion of the Second Amended Complaint based upon the purported disclosure to Meta.

Dated: October 28, 2025

**OFFIT KURMAN**

*/s/ Michael Conley*
Michael Conley (No. 54142)
2000 Market Street, Suite 2700
Philadelphia, PA  19103

Telephone: (267) 338-1317
Email:
mconley@offitkurman.com

*Counsel for Defendant Gotham Distributing Corporation*