CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                  */s/ Michael Conley*  
                                                                                  Michael Conley (PA Bar No. 54142)