IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOTHAM DISTRIBUTING CORPORATION, D/B/A OLDIES.COM<br><br><br>　　　　　Defendants. | NO. 2:24-cv-06083-GJP<br><br>JUDGE GERALD J. PAPPERT |

**PRAECIPE TO ATTACH EXHIBIT**

　　Kindly affix the attached Exhibit 1 to the First Motion to Dismiss for Failure to State a Claim that was electronically filed with the Court yesterday, October 28, 2025.

Dated: October 29, 2025　　　　　　**OFFIT KURMAN**

　　　　　　　　　　　　　　　　　　*/s/ Michael Conley*
　　　　　　　　　　　　　　　　　　Michael Conley (No. 54142)
　　　　　　　　　　　　　　　　　　2000 Market Street, Suite 2700
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Telephone: (267) 338-1317
　　　　　　　　　　　　　　　　　　Email: mconley@offitkurman.com
　　　　　　　　　　　　　　　　　　Counsel for Defendant Gotham Distributing Corporation