# EXHIBIT 1

# "CERTIFIED COPY OF FICTIOUS NAME REGISTRATION FOR OLDIES.COM TO OLD SCHOOL VENTURES, INC."

**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**REGISTRATION OF FICTITIOUS NAME**
Fee: $70

**Pennsylvania Department of State**

**-FILED-**

File #: 0012912737
Date Filed: 3/17/2023

---

### DSCB: 54-311 (rev. 2/2017)

In compliance with the requirements of 54 Pa.C.S. § 311 (relating to registration), the undersigned entity(ies) desiring to register a fictitious name under 54 Pa.C.S. Ch. 3 (relating to fictitious names), hereby state(s) that:

| Fictitious Name | |
|---|---|
| Fictitious name | Oldies.com |

| Supporting Documents | |
|---|---|
| Name Consent Upload | oldies fict.pdf |

| Additional Information | |
|---|---|
| A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is: | DIrect to consumer mail order business for music, CD, Vinyl, and video dvd, bluray |

**The applicant is familiar with the provisions of 54 Pa.C.S. § 332 (relating to effect of registration) and understands that filing under the Fictitious Names Act does not create any exclusive or other right in the fictitious name.**

**The address, including number and street, if any, of the principal place of business (P.O. Box alone is not acceptable):**

| Address | JERRY GREENE |
|---|---|
| | 60 PORTLAND RD |
| | W CNSHOHOCKEN, PA 19428-2717 |
| | MONTGOMERY |

**Individuals interested in the business**

| Full Name | Address |
|---|---|
| Edward H Seaman | ED SEAMAN<br>203 WINDSOR RD<br>POTTSTOWN, PA 19464-3405 |

**Associations interested in the business**

| Name of organization | Form of Organization | Formation Locale | Principal Office | Registered Office Address |
|---|---|---|---|---|
| Old School Ventures, Inc.<br>Domestic Business Corporation<br>Registered Office Address<br>203 WINDSOR RD, POTTSTOWN, PA 19464-3405<br>State or Country of Origin<br>PENNSYLVANIA | | | None | None |

**Agents**

| Full Name |
|---|
| EDWARD H SEAMAN |

Page 1 of 6

Electronic Signature

IN TESTIMONY WHEREOF, the undersigned have caused this Application for Registration of Fictitious Name to be executed.

*Edward Seaman*                                            *03/17/2023*
Edward H Seaman                                            Date

*Old School Ventures Inc.*                                 *03/17/2023*
Old School Ventures, Inc.                                  Date

B0543-8996 03/17/2023 4:14 PM Received by Pennsylvania Department of State

Certificate Verification No.: 066203928 Date: 10/17/2025