# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>GOTHAM DISTRIBUTING CORPORATION d/b/a OLDIES.COM,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-06083-GJP<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT STIPULATION ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

WHEREAS, on October 14, 2025, Joseph Mull ("Plaintiff") filed the Second Amended Complaint. ECF No. 37;

WHEREAS, on October 28, 2025, Gotham Distributing Corporation ("Defendant") filed a motion to dismiss the Second Amended Complaint. ECF No. 38;

WHEREAS, Plaintiff's response to Defendant's motion is due on November 11, 2025;

WHEREAS, Defendant's reply is due on November 18, 2025;

WHEREAS, Plaintiff's counsel had pre-scheduled international travel and several intervening hearings in other cases that conflict with the current deadline to respond to Defendant's motion;

WHEREAS, Plaintiff and Defendant have agreed to a 30-day extension of time for Plaintiff to file his response to the motions to dismiss, and a 28-day extension for Defendant to file its reply. Good cause exists for this extension because it conserves judicial resources and reduces the burden on the parties.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1. Plaintiff shall respond to Defendant's motion to dismiss on or before December 11, 2025.

2. Defendant shall file its reply in support of its motion to dismiss on or before January 8, 2026.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Elliot O. Jackson*
Elliot O. Jackson
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
ejackson@hedinllp.com

-and-

William E. Hoese
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
Facsimile: (215) 238-1986
whoese@kohnswift.com
ekohn@kohnswift.com

*Counsel for Plaintiff and Putative Classes*

SO ORDERED:

| */s/ Gerald J. Pappert* | 11/3/25 |
|---|---|
| Gerald J. Pappert, J. | Date |

3