## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH MULL,                          :     CIVIL ACTION

            vs.                        :     NO. 24-6083

GOTHAM DISTRIBUTING              :
CORPORATION *doing business as*
OLDIES.COM.                            :

### ORDER

       **AND NOW, TO WIT:** This 12th day of December, 2025,
it having been reported that the issues between the parties in the above action has been
settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the
Local Rules of Civil Procedure of this Court, it is

       **ORDERED** that the above action is **DISMISSED** with prejudice,
pursuant to agreement of counsel without costs.

       **GEORGE WYLESOL**, Clerk of Court


       **BY:** */s/ Katie Rolon*
          Katie Rolon, Deputy Clerk
          To the Honorable Gerald J. Pappert


Copies E-Mailed on 12/12/25 to:
  Elliot O. Jackson, Esq.
  William E. Hoese, Esq.
  Michael Conley, Esq.


Civ 2 (7/83)

41.1(b)